IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GREENBRIER GRAPHICS, LLC,

          Plaintiff,

v.                                          CIVIL ACTION NO.   2:20-cv-00129

SANDY KNOLL SOFTWARE, LLC,

          Defendant.

**ORDER**

The docket in this action reflects that service has not been obtained upon the defendant Sandy Knoll Software, LLC within 90 days of filing of the complaint as required by *Fed. R. Civ. P.* 4(m).   Accordingly, the court **ORDERS** the plaintiff to demonstrate good cause for not serving the defendant Sandy Knoll Software, LLC with process.   Failure to respond to this notice within ten days or an insufficient showing of good cause will result in dismissal without prejudice of this case against the defendant Sandy Knoll Software, LLC.

The court **DIRECTS** the Clerk to send of copy of this Order to counsel of record and any unrepresented party.

                                ENTER:   May 27, 2020

                                JOSEPH R. GOODWIN
                                UNITED STATES DISTRICT JUDGE