IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GREENBRIER GRAPHICS, LLC,

        Plaintiff,

v.                                      CIVIL ACTION NO. 2:20-cv-00129

SANDY KNOLL SOFTWARE, LLC,

        Defendant.

### ORDER

On May 27, 2020, this court entered an Order, [ECF No. 4], directing Plaintiff Greenbrier Graphics, LLC to demonstrate good cause for not serving Defendant Sandy Knoll Software, LLC with process within 90 days of filing of the complaint as required by Fed. R. Civ. P. 4(m). Plaintiff has responded to the Order, requesting an extension of time for service. [ECF No. 5]. It is my understanding that Defendant does not oppose the request. *See* Ex. B [ECF No. 5–2]. I find that Plaintiff has shown good cause for failing to serve process within the 90-day timeframe. I **ORDER** Plaintiff to serve Defendant with process by **August 25, 2020**, which is an additional 90 days from the Order to show cause, [ECF No. 4]. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     June 12, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE