AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00129

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sandy Knoll Software LLC**
was received by me on *(date)*

☒ I personally served the summons on the individual at *(place)*
**903 Glastonbury Circle, Traverse City** on *(date)* **August 19, 2020**

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **8·19·2020**

*Server's signature*

**Zachary Cramer**
*Printed name and title*

**17013 7th St Wellston, MI**
*Server's address*

Additional information regarding attempted service, etc: