IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**GREENBRIER GRAPHICS, LLC**
a West Virginia limited liability company,

      Plaintiff,

v.                                             Civil Action No.: 2:20-cv-00129

**SANDY KNOLL SOFTWARE, LLC,**
a Michigan limited liability company,

      Defendant.

## STIPULATION

Plaintiff, Greenbrier Graphics, LLC ("Plaintiff"), and Defendant, Sandy Knoll Software, LLC ("Defendant"), through undersigned counsel, hereby stipulate, pursuant to Local Rules of Civil Procedure 7.01 and 12.01, as well as Federal Rule of Civil Procedure 6(b), that the time for said Defendant to answer, plead, or otherwise respond to the Complaint is extended from September 9, 2020, until October 16, 2020.

Stipulated as to form and entry on September 10, 2020:

| /s/ Charles C. Wise III | /s/ Thomas E. Bejin with permission |
|---|---|
| Charles C. Wise III [WVSB No. 4616] | Thomas E. Bejin [Mich. P56854] |
| Bowles Rice LLP | Bejin Bieneman PLC |
| 125 Granville Square, Suite 400 | 2000 Town Center, Suite 800 |
| Morgantown, West Virginia  26501 | Southfield, MI 48075 |
| Phone:  (304)285-2509 | Ph: (313) 528-4882 |
| Fax:     (304)285-2575 | Fax: (313) 528-6923 |
| cwise@bowlesrice.com | bejin@b2iplaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

12169801.1