IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**GREENBRIER GRAPHICS, LLC**
**a West Virginia limited liability company,**

      **Plaintiff,**

 v.                                              Civil Action No.: 2:20-cv-00129

**SANDY KNOLL SOFTWARE, LLC,**
**a Michigan limited liability company,**

      **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Greenbrier Graphics, LLC, by and through its undersigned counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant, Sandy Knoll Software, LLC.

                                                                        GREENBRIER GRAPHICS, LLC

                                                                        By Counsel,

/s/ Charles C. Wise III
Charles C. Wise III [WVSB No. 4616]
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, West Virginia  26501
Phone:  (304)285-2509
Fax:     (304)285-2575
cwise@bowlesrice.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**GREENBRIER GRAPHICS, LLC**
a West Virginia limited liability company,

      Plaintiff,

v.                                      Civil Action No.: 2:20-cv-00129

**SANDY KNOLL SOFTWARE, LLC,**
a Michigan limited liability company,

      Defendant.

**CERTIFICATE OF SERVICE**

      This is to certify that on the 19th day of January, 2021, I served the foregoing **Notice of Voluntary Dismissal** upon the District Court Clerk through the Court's electronic filing system.  I also sent the Notice to counsel listed below via e-mail.

Thomas E. Bejin [Mich. P56854]
Bejin Bieneman PLC
2000 Town Center, Suite 800
Southfield, MI 48075
Ph: (313) 528-4882
Fax: (313) 528-6923
bejin@b2iplaw.com
**Counsel for Defendant**

                                                          /s/ Charles C. Wise III
                                                          Charles C. Wise III [WVSB No. 4616]

12442981.1